NORTH CAROLINA )    IN THE GENERAL COURT OF JUSTICE
              )    SUPERIOR COURT DIVISION
ROBESON COUNTY )   FILE NO. 21 CVS

**21 CV 1338**  FILED 2021 MAY 25 P 2:38
ROBESON CO., C.S.C.

JOHN R. HARVEY )
    Plaintiff )
vs. ) COMPLAINT
)
LEROY DINGLE and STAR )
LOGISTICS, LLC )
    Defendants )

The Plaintiff, complaining of the Defendants, alleges and says:

1) The Plaintiff is a citizen and resident of Virginia.
2) That based upon information and belief, the Defendant Leroy Dingle is a resident of South Carolina.
3) At all times alleged herein, the Defendant Star Logistics, LLC was a corporation organized and existing under the laws of the state of South Carolina with its principal place of business in South Carolina.
4) At all times alleged herein, the Defendant Leroy Dingle was acting within the course and scope of his employment with Defendant Star Logistics, LLC.
5) On the 21st day of September 2019, the Plaintiff was operating his 2019 Jeep and was traveling north on I-95 in Robeson County near Saint Pauls, North Carolina.
6) At the time set out above, the Defendant Leroy Dingle was operating a 2018 Freightliner owned by Defendant Star Logistics, LLC which was traveling north on I-95 in Robeson County near Saint Pauls, North Carolina.
7) Defendant Leroy Dingle failed to reduce the speed of the Freightliner he was operating and collided into Plaintiff's vehicle causing a collision.
8) The Defendant Leroy Dingle was negligent in that he:
   a. failed to keep a proper lookout and keep the vehicle he was operating under proper control;
   b. drove in a careless and reckless manner;
   c. operated the vehicle without due caution and circumspection and at a speed or in a manner so as to endanger persons or property;

SMITH, DICKEY
DEMPSTER, P.A.
ATTORNEYS AT LAW
315 PERSON STREET
OFFICE DRAWER 209
TTEVILLE, NC 28302

**EXHIBIT B**

d. failed to reduce the speed of the vehicle he was operating in order to avoid a collision;

e. failed to exercise the degree of care that a reasonable person under similar conditions would use;

9) The negligence of the Defendant Leroy Dingle is imputed to the Defendant Star Logistics, LLC

10) As a result of the negligence of the Defendants, the Plaintiff suffered serious, permanent personal injuries resulting in pain and suffering and medical expenses, as well as other expenses.

*WHEREFORE*, it is prayed that the Plaintiff have and recover of the Defendants a sum in excess of $25,000.00, interest from the date suit was instituted, costs, attorney fees as allowed by law and such further relief as the Court deems fit and proper.

This the 20 day of May 2021.

SMITH, DICKEY, DEMPSTER, P.A.

Andrew R. Dempster
Attorney for Plaintiff
NC Bar #13473
315 Person Street – P.O. Box 209
Fayetteville NC 28302
910/484 8195
andrew@smithdickey.com

SMITH, DICKEY
DEMPSTER, P.A.
ATTORNEYS AT LAW
1-315 PERSON STREET
T OFFICE DRAWER 209
ETTEVILLE, NC 28302